UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGE MEZHERITSKY,<br><br>　　　　Defendant. | Case No. CR 01-0434-RMT<br>　　　　　　CV 09-3415-RMT<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE<br><br>28 U.S.C. § 2255 |

On May 14, 2009, defendant SERGE MEZHERITSKY having filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255,

IT IS ORDERED that by June 29, 2009, the government shall file a response; a reply by defendant, if any, shall be filed no later than July 20, 2009. On or about August 24, 2009, the court shall issue either (a) a ruling, or (b) an order requiring further briefing and/or setting the matter for oral argument.

Dated: May 15, 2009

　　　　　　　　　　　　　　　　　　　　　　／s／ Robert M. Takasugi
　　　　　　　　　　　　　　　　　　ROBERT M. TAKASUGI
　　　　　　　　　　　　　　　　　　United States District Sr. Judge